IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| PEOPLE'S UNITED EQUIPMENT FINANCE CORP., | § § § | |
| Plaintiff, | § § § | |
| v. | § | CIVIL ACTION NO. H-12-0936 |
| BENCIN MATERIAL HAULING AND DISPOSAL SERVICES, *et al.*, | § § § § | |
| Defendants. | § § | |

## ORDER

The plaintiff filed a motion for continuance of the scheduling conference, (Docket Entry No. 5 ). The motion is granted. The initial pretrial and scheduling conference is reset to **October 26, 2012, at 10:00 a.m.** The joint discovery/case management plan is due by October 12, 2012.

SIGNED on August 15, 2012, at Houston, Texas.

                                                                              _____
                                                                              Lee H. Rosenthal
                                                                              United States District Judge